DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**3TEAM INVESTMENT CORP.** d/b/a **EL GRANERO,**
Appellant,

v.

**ANY TIME ROOFING, GUTTER & SCREENING, LLC,**
Appellee.

No. 4D21-3100

[June 9, 2022]

Appeal of a nonfinal order from the County Court for the Fifteenth Judicial Circuit Court, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502020SC004529.

Robert Flavell of Robert Flavell, P.A., for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***